# Third District Court of Appeal

## State of Florida

Opinion filed June 24, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-2539
Lower Tribunal No. 25-MM-2585-A-K
_____


**Freddie Allen, Jr.,**
Appellant,

vs.

**State of Florida,**
Appellee.


An Appeal from the Circuit Court for Monroe County, Albert L. Kelley, Judge.

Freddie Allen, Jr., in proper person.

James Uthmeier, Attorney General, and Daihana Chang, Assistant Attorney General, for appellant.


Before SCALES, C.J., and LINDSEY and GOODEN, JJ.

PER CURIAM.

Freddie Allen, Jr. appeals his conviction by a jury for the misdemeanor of resisting an officer without violence, pursuant to section 843.02 of the Florida Statutes. Upon our review of the initial brief and the record, we summarily affirm because Allen has demonstrated no preliminary basis for reversal. <u>See</u> Fla. R. App. P. 9.315(a).

Affirmed.